IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UHURU'SEKOU KAMARA AJANI
OBATAIYE-ALLAH,

        Plaintiff,

   v.

CRAIG PRINS, COLLET PETERS, T.
BOWSER, BLEWETT, L. ALBERT,
MILLEGAN, STOCKTON, JEMMET,
DE LA CRUZ, YOUNCS, KEMPAS,
M. NOOTH, THURMOND, S.
JOHNSTON, J. BUGHER, HEALTH
SERVICES, and C. DiGUILIO,

        Defendants.

No. 2:19-cv-01579-JR

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Jolie Russo issued a Findings and Recommendation on July 26, 2021, in which she recommends that the Court grant Defendants' Motion for Partial Summary Judgment. F&R, ECF 64. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Russo's Findings and Recommendation [64]. Accordingly, Plaintiff's Motion for Partial Summary Judgment [24] is denied as to his claims against Defendants Peters, Prins, Bowser, Blewett, Youncs, Bugher, Johnston, Nooth, and DiGuilio and denied without prejudice as to Defendants MilLegan, Albert, Stockton, Thurmond, and Kempas. The Court grants Defendants Peters, Prins, Bowser, Blewett, Youncs, Bugher, Johnston, Nooth and DiGuilio's Motion for Summary Judgment [58]. Plaintiff's state law claims for assault, battery, negligence, intentional infliction of emotional distress, abuse of process, and retaliation are dismissed for lack of subject matter jurisdiction.

IT IS SO ORDERED.

DATED:  September 9, 2021       .

*[signature]*
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER